IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

```
_____
                               )
CANON U.S.A., INC.,            )
                               )
       Plaintiff,              )
                               )
v.                             )   Civil Action No. 01-1086-A
                               )
LEASE GROUP RESOURCES, INC.,   )
                               )
       Defendant.              )
_____)
```

**ORDER**

This matter comes before the Court on Plaintiff's Motion to Shorten Period to Respond to Request for Production of Documents. Finding no cause to shorten Defendant's response time, it is hereby

ORDERED that Plaintiff's Motion is DENIED.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
April 22, 2005