**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

|  |  |
|---|---|
| CANON U.S.A., INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  01-1086-A |
| ) | |
| ) | |
| LEASE GROUP RESOURCES, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter comes before the Court on the Final Report of Glenn Newman, C.P.A., Special Master, dated July 22, 2005; the objections and comments of the parties thereon made pursuant to Fed. R. Civ. P. 53; and the arguments of counsel.  The foregoing considered, it is hereby

ORDERED that Plaintiff's Objections to the Final Report are DENIED; Defendant's objections to the Final Report are DENIED; and the Final Report of the Special Master is ADOPTED by the Court, and

IT IS FURTHER ORDERED that this action is referred to the Special Master for resolution of the issues discussed in Section J of his Final Report.  These issues shall include a comprehensive reconciliation of and accounting for all Disputed

Lease Payments and for all Canon Dealer Maintenance Claims, and shall not be limited to the specific matters discussed in the Final Report regarding those issues.  The Special Master shall promptly identify and advise each party of all additional information that he needs from that party to resolve the issues, and the parties shall provide such information within fifteen (15) days of the request.  If a party fails to produce information in response to a request, the Special Master shall decide the issues without the information and may draw reasonable inferences against the non-producing party.  The Special Master shall submit a Supplemental Report to the Court within ninety (90) days of the date of this Order, and the parties may thereafter file objections to the Supplemental Report or move to adopt it, and to amend or supplement this Order.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
September 30, 2005