**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

|  |  |  |
|---|---|---|
| CANON U.S.A., INCORPORATED, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 01-1086 |
| LEASE GROUP RESOURCE, INCORPORATED, | ) | |
| Defendant. | ) | |

**ORDER**

This matter comes before the Court on Defendant's Motion to Clarify the Court's Order of September 30, 2005. It appearing to the Court that its Order of September 30, 2005, properly referred Section J of the Special Master's Final Report of July 22, 2005, to the Special Master for resolution, it is hereby

ORDERED that Section J of the Special Master's Final Report of July 22, 2005, be accounted for as part of the Special Master's Supplemental Report, and that the Special Master promptly file a Supplemental Report after he is paid in full for his preparation of the Supplemental Report, but that said payment to the Special Master not include payment for fees associated with the collection of any accounts.

```
                                        /s/
                              _____
                              CLAUDE M. HILTON
                              UNITED STATES DISTRICT JUDGE
```

Alexandria, Virginia
February 24, 2006